IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CASE NO.: 1:26mj2023 |
| | : | |
| Plaintiff, | : | MAGISTRATE JUDGE JAMES E. GRIMES, Jr. |
| | : | |
| vs. | : | |
| | : | |
| **EDWARD JAMES** | : | **MOTION FOR PRO HAC VICE ADMISSION** |
| | : | |
| Defendant. | : | |

Pursuant to LCrR. 57.5(h), Seth D. DuCharme hereby moves the United States District Court for the Northern District of Ohio, Eastern Division to grant him permission to appear pro hac vice and participate as co-counsel in this matter (*United States of America vs. Edward James*).

Movant represents that he is a duly licensed Attorney and Counselor at Law in good standing in the state of New York. A certificate of good standing is attached hereto in compliance with LCr.R. 57.5(h).

Movant practices under the following firm name or letterhead:

Name: **Bracewell LLP**

Address: **31 West 52nd Street, 19th Floor
New York, NY 10019**

Telephone Number: **(212) 508-6165**

Email address: **seth.ducharme@bracewell.com**

Movant is admitted to practice in the following states:

**State of New York**

Admission Date: **03/10/2004**

Bar Registration Number: **4205308**

Movant further represents that he has never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States, and has never received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

Respectfully submitted,

By: /s/ Seth D. DuCharme
**SETH D. DuCHARME (NY-4205308)**
**Movant/PHV Attorney**
31 West 52nd Street, 19th Floor
New York, NY 10019
Phone: (212) 508-6165
Fax:    (800) 404-3970
E-mail:seth.ducharme@bracewell.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was submitted to all parties listed on the electronic record, via the Electronic Filing System of the United States District Court, on this 29th day of January, 2025.

/s/ Seth D. DuCharme
**SETH D. DuCHARME (NY-4205308)**
**Movant/PHV Attorney**